J. CHRISTOPHER JORGENSEN, ESQ.
State Bar No. 5382
MENG ZHONG, ESQ.
State Bar No. 12145
LEWIS AND ROCA LLP
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV 89169
(702) 949-8200
(702) 949-8398/fax

*Attorneys for Defendants BAC Home Loans Servicing, LP and Recontrust Company, N.A.*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MARIA VEGA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>SIERRA PACIFIC MORTGAGE COMPANY, INC., a California corporation; DOUG MOREAU, individually; GREENHEAD INVESTMENTS, a California corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation; BAC HOME LOANS SERVICING, LP fka COUNTRYWIDE HOME LOANS; RECONTRUST COMPANY; FIRST AMERICAN NATIONAL DEFAULT; FIRST AMERICAN TITLE; et al.,<br><br>　　　　　　　Defendants. | Case: 3:10-cv-00334-RCJ-WGC<br><br>**ORDER CANCELING LIS PENDENS** |

This Court granted Defendants BAC Home Loans Servicing, LP and Recontrust Company, N.A.'s Motion to Dismiss on September 8, 2011 [DE 54]. The remaining claims, which had been retained by the MDL Court, were dismissed on October 3, 2011. See, *IN RE Mortgage Electronic Registration Systems (MERS) Litigation*, 2:09-md-2119-JAT, Dkt# 1602, slip. op at 5 (D. Ariz. Oct 3, 2011).

The Court finds that Plaintiff filed a Notice of Pendency of Action (the "Lis Pendens") on or about April 19, 2010, in the Second Judicial District Court of the State of Nevada before the action was removed to this Court. A copy of the Lis Pendens is attached hereto as Exhibit "A."

UPON CONSIDERATION of Defendants' request to cancel the Lis Pendens and the Court's prior order, and good cause appearing therefore, the Court hereby grants Defendants their requested relief and rules as follows:

1. IT IS ORDERED, ADJUDGED, and DECREED that the Lis Pendens referenced above and any other lis pendens recorded by Plaintiff is hereby cancelled, released, and expunged.

2. This order has the same effect as an expungement of the original Lis Pendens and any other lis pendens.

3. IT IS FURTHER ORDERED, ADJUDGED and DECREED that Defendants record a properly certified copy of this cancellation order in the real property records of Washoe County, Nevada within a reasonable amount of time from the date of this order's issue.

IT IS SO ORDERED.

By_____
UNITED STATES DISTRICT COURT JUDGE
DATED: January 31, 2012

EXHIBIT "A"

# EXHIBIT "A"

APN# 502-353-01

Return to +
**Recording Requested by:**
Name: Rick Lawton Esq.
Address: 5135 Reno Hwy
City/State/Zip: Fallon, NV 89406

**When Recorded Mail to:**
Name: _____
Address: _____
City/State/Zip: _____

**Mail Tax Statement to:**
Name: _____
Address: _____
City/State/Zip: _____

```
DOC # 3872129
04/19/2010 09:42:37 AM
Requested By
RICK LAWTON
Washoe County Recorder
Kathryn L. Burke - Recorder
Fee: $18.00 RPTT: $0.00
Page 1 of 5
```

( for Recorder's use only )

Notice By Plaintiff of Pendency of Action
**( Title of Document )**

**Please complete Affirmation Statement below:**

☑ I the undersigned hereby affirm that the attached document, including any exhibits, hereby submitted for recording does not contain the personal information of any person or persons. (Per NRS 239B.030)

-OR-

☐ I the undersigned hereby affirm that the attached document, including any exhibits, hereby submitted for recording does contain the personal information of a person or persons as required by law:
_____
(State specific law)

_____        _____
**Signature**                              **Title**

Rick Lawton
**Printed Name**

This page added to provide additional information required by NRS 111.312 Sections 1-2 and NRS 239B.030 Section 4.

This cover page must be typed or printed in black ink.        (Additional recording fee applies)

```
Code No. ____
Rick Lawton, Esq.
State Bar # 00694
Law Office Rick Lawton Esq. P.C.
5435 Reno Hwy, Fallon, Nevada 89406
(775) 867-5599
(775) 867-2559 --fax
Attorney for Plaintiff
```

**ORIGINAL**

FILED
2010 APR 19 AM 9:28
HOWARD W. CONYERS
D. Jeremiah
BY _____
          DEPUTY

IN THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA

IN AND FOR THE COUNTY OF WASHOE

MARIA VEGA,

        Plaintiff,

vs.

SIERRA PACIFIC MORTGAGE COMPANY, INC. a California Corporation; DOUG MOREAU, individually; GREENHEAD INVESTMENTS, a California Corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation; BAC HOME LOANS SERVICING, LP fka COUNTRYWIDE HOME LOANS; RECONTRUST COMPANY; FIRST AMERICAN NATIONAL DEFAULT; FIRST AMERICAN TITLE; and DOES 1-25 CORPORATIONS, DOES and ROES 1-25 Individuals, Partnerships, or anyone claiming any interest to the property described in the action.

        Defendants.

CASE NO: CV10 01170

DEPT NO: ____

**NOTICE BY PLAINTIFF**

**OF PENDENCY OF ACTION**

    NOTICE IS HEREBY GIVEN that an action has been commenced TO QUIET TITLE in the above-entitled Court by the above-named Plaintiff against the above-named Defendants to Quiet the Title for the premises and real estate in the

5435 Reno Hwy.
P. Box 1740
Fallon, Nevada 89406
t:: 775-867-5599
fax 775-867-2559

1  Complaint in said action, and hereinafter described, and to determine all and every claim,
2  estate or interest therein of said Defendants, adverse to said Plaintiffs, and the premises
3  affected by this suit are situated in the County of Washoe, State of Nevada, and are more
4  particularly described as follows:
5
6  The action pertains to the following described property:
7
8  *The Subject property being described as:*
9  *1497 ORCA WAY, RENO, NEVADA 89506*
10 *The land referred to herein is situated in the State of Nevada, County of Washoe,*
11
12 Lot 21 of NORTHERN LIGHTS SUBDIVISION- UNIT 6, according to the map thereof, filed in the office of the County Recorder of Washoe County, State of Nevada, on June 8, 2004, as File No. 3050030, Tract Map No. 4351, Official Records.
13
14
15 *APN: 502-353-01*
16
17 DATED: This ____ day of April, 2010
18
19
20                                        RICK LAWTON, ESQUIRE
                                          Attorney at Law
21                                        5435 Reno Hwy.
                                          Fallon, Nevada 89406
22
                                          By: _____
23                                              RICK LAWTON, Esquire
24
25
26

135 Reno Hwy.
O. Box 1740.
allon, Nevada 89406
h:: 775-867-5599

IN THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA
IN AND FOR THE COUNTY OF WASHOE

AFFIRMATION
Pursuant to NRS 239B.030

The undersigned does hereby affirm that the preceding document,

___NOTICE OF Pendency of Action___

_____

_____

Filed in Case No.: _____

[✓] Document does not contain the social security number of any person

- OR -

[ ] Document contains the social security number of a person as required by:

[ ]  A specific State or Federal law, wit:

_____
(state specific State or Federal law)

[ ] Confidential Family Court Information Sheet
(NRS 125.130, NRS 125.230 and NRS 125B.055)

Date : __4/12__, ~~2009~~ 2010

_____
Rick Lawton, Esq
Attorney for: Plaintiff



CERTIFIED COPY
The document to which this certificate is attached is a full, true and correct copy of the original on file and of record in my office.
DATE: APR 19 2010
HOWARD W. CONYERS, Clerk of the Second Judicial District Court, in and for the County of Washoe, State of Nevada.
By _____ Deputy