J. CHRISTOPHER JORGENSEN, ESQ.
State Bar No. 5382
MENG ZHONG, ESQ.
State Bar No. 12145
LEWIS AND ROCA LLP
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV 89169
(702) 949-8200
(702) 949-8398/fax

*Attorneys for Defendants BAC Home Loans Servicing, LP and Recontrust Company, N.A.*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MARIA VEGA,<br><br>Plaintiff,<br><br>vs.<br><br>SIERRA PACIFIC MORTGAGE COMPANY, INC., a California corporation; DOUG MOREAU, individually; GREENHEAD INVESTMENTS, a California corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation; BAC HOME LOANS SERVICING, LP fka COUNTRYWIDE HOME LOANS; RECONTRUST COMPANY; FIRST AMERICAN NATIONAL DEFAULT; FIRST AMERICAN TITLE; et al.,<br><br>Defendants. | Case: 3:10-cv-00334-RCJ-WGC<br><br>**ORDER CANCELING LIS PENDENS** |

This Court granted Defendants BAC Home Loans Servicing, LP and Recontrust Company, N.A.'s Motion to Dismiss on September 8, 2011 [DE 54]. The remaining claims, which had been retained by the MDL Court, were dismissed on October 3, 2011. See, *IN RE Mortgage Electronic Registration Systems (MERS) Litigation*, 2:09-md-2119-JAT, Dkt# 1602, slip. op at 5 (D. Ariz. Oct 3, 2011).

The Court finds that Plaintiff filed a Notice of Pendency of Action (the "Lis Pendens") on or about April 19, 2010, in the Second Judicial District Court of the State of Nevada before the action was removed to this Court. A copy of the Lis Pendens is attached hereto as Exhibit "A."

UPON CONSIDERATION of Defendants' request to cancel the Lis Pendens and the Court's prior order, and good cause appearing therefore, the Court hereby grants Defendants their requested relief and rules as follows:

1. IT IS ORDERED, ADJUDGED, and DECREED that the Lis Pendens referenced above and any other lis pendens recorded by Plaintiff is hereby cancelled, released, and expunged.

2. This order has the same effect as an expungement of the original Lis Pendens and any other lis pendens.

3. IT IS FURTHER ORDERED, ADJUDGED and DECREED that Defendants record a properly certified copy of this cancellation order in the real property records of Washoe County, Nevada within a reasonable amount of time from the date of this order's issue.

IT IS SO ORDERED.

By______________________________
UNITED STATES DISTRICT COURT JUDGE

DATED: January 31, 2012

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

# EXHIBIT "A"

APN# 502-353-01

Return to + Recording Requested by:

Name: Rick Lawton Esq

Address: 5435 Bend Hwy

City/State/Zip: Fallon, NV 89406

When Recorded Mail to:

Name: ______

Address: ______

City/State/Zip: ______

Mail Tax Statement to:

Name: ______

Address: ______

City/State/Zip: ______

DOC # 3872129
04/19/2010 09:42:37 AM
Requested By
RICK LAWTON
Washoe County Recorder
Kathryn L. Burke - Recorder
Fee: $18.00 RPTT: $0.00
Page 1 of 5

( for Recorder's use only )

Notice By Plaintiff of Pendency of Action

( Title of Document )

Please complete Affirmation Statement below:

☑ I the undersigned hereby affirm that the attached document, including any exhibits, hereby submitted for recording does not contain the personal information of any person or persons. (Per NRS 239B.030)

-OR-

☐ I the undersigned hereby affirm that the attached document, including any exhibits, hereby submitted for recording does contain the personal information of a person or persons as required by law: ______ (State specific law)

Signature ______ Title ______

Rick Lawton

Printed Name

This page added to provide additional information required by NRS 111.312 Sections 1-2 and NRS 239B.030 Section 4.

This cover page must be typed or printed in black ink. (Additional recording fee applies)

COPY

FILED
2010 APR 19 AM 9:28
HOWARD W. CONYERS
BY D. Jaramillo
DEPUTY

ORIGINAL

Code No. ____
Rick Lawton, Esq.
State Bar # 00694
Law Office Rick Lawton Esq. P.C.
5435 Reno Hwy, Fallon, Nevada 89406
(775) 867-5599
(775) 867-2559 --fax
Attorney for Plaintiff

IN THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA

IN AND FOR THE COUNTY OF WASHOE

MARIA VEGA,

*Plaintiff,*

vs.

SIERRA PACIFIC MORTGAGE COMPANY, INC. a California Corporation; DOUG MOREAU, individually; GREENHEAD INVESTMENTS, a California Corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation; BAC HOME LOANS SERVICING, LP fka COUNTRYWIDE HOME LOANS; RECONTRUST COMPANY; FIRST AMERICAN NATIONAL DEFAULT; FIRST AMERICAN TITLE; and DOES 1-25 CORPORATIONS, DOES and ROES 1-25 Individuals, Partnerships, or anyone claiming any interest to the property described in the action.

*Defendants.*

CASE NO: CV10 01170

DEPT NO: (

COPY

**NOTICE BY PLAINTIFF**

**OF PENDENCY OF ACTION**

NOTICE IS HEREBY GIVEN that an action has been commenced **TO QUIET TITLE** in the above-entitled Court by the above-named Plaintiff against the above-named Defendants to Quiet the Title for the premises and real estate in the



135 Reno Hwy.
O. Box 1740
allon, Nevada 89406
: 775-867-5599
x: 775-867-2559

Complaint in said action, and hereinafter described, and to determine all and every claim, estate or interest therein of said Defendants, adverse to said Plaintiffs, and the premises affected by this suit are situated in the County of Washoe, State of Nevada, and are more particularly described as follows:

The action pertains to the following described property:

*The Subject property being described as:*

*1497 ORCA WAY, RENO, NEVADA 89506*

*The land referred to herein is situated in the State of Nevada, County of Washoe,*

Lot 21 of NORTHERN LIGHTS SUBDIVISION- UNIT 6, according to the map thereof, filed in the office of the County Recorder of Washoe County, State of Nevada, on June 8, 2004, as File No 3050030, Tract Map No. 4351, Official Records.

*APN: 502-353-01*

DATED: This 15th day of April, 2010

RICK LAWTON, ESQUIRE
Attorney at Law
5435 Reno Hwy.
Fallon, Nevada 89406

By: ____________
RICK LAWTON, Esquire



435 Reno Hwy.
O. Box 1740.
allon, Nevada 89406
h:: 775-867-5599
AX: 775-867-2550

COPY

IN THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA
IN AND FOR THE COUNTY OF WASHOE

AFFIRMATION
Pursuant to NRS 239B.030

The undersigned does hereby affirm that the preceding document,

NOTICE OF Pendency of Action

Filed in Case No.: ____________

☑ Document does not contain the social security number of any person

- OR -

☐ Document contains the social security number of a person as required by:

☐ A specific State or Federal law, wit:

____________
(state specific State or Federal law)

☐ Confidential Family Court Information Sheet
(NRS 125.130, NRS 125.230 and NRS 125B.055)

Date: 4/12, ~~2009~~ 2010

[signature]

Rick Lawton, Esq

Attorney for: PLAINTIFF

COPY




CERTIFIED COPY

The document to which this certificate is attached is a full, true and correct copy of the original on file and of record in my office.

DATE: APR 19 2010

HOWARD W. CONYERS, Clerk of the Second Judicial District Court, in and for the County of Washoe, State of Nevada.

By ________________________ Deputy