Todd A. Bader, Esq., NSB 3854
Bader & Ryan, Ltd.
232 Court Street
Reno, Nevada 89501
(775) 322-5000
Attorneys for First American
National Default and
First American Title Insurance
Company



UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARIA VEGA,<br><br>    Plaintiff,<br>vs.<br><br>SIERRA PACIFIC MORTGAGE COMPANY, INC. a California Corporation; DOUG MOREAU, individually; GREENHEAD INVESTMENTS, a California Corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation; BAC HOME LOANS SERVICING, LP fka COUNTRYWIDE HOME LOANS; RECONTRUST COMPANY; FIRST AMERICAN NATIONAL DEFAULT; FIRST AMERICAN TITLE; and DOES 1-25 CORPORATIONS; DOES and ROES 1-25 Individuals, Partnerships, or anyone claiming any interest to the property described in the action.<br><br>    Defendants. | Case No. 3:10-cv-00334-RCJ-WGC<br><br>**STIPULATION AND ORDER FOR<br>DISMISSAL WITH PREJUDICE** |

  Plaintiff, MARIA VEGA, and Defendants, FIRST AMERICAN NATIONAL DEFAULT and FIRST AMERICAN TITLE INSURANCE COMPANY, fka FIRST AMERICAN TITLE, (collectively referred to as "First American"), by and through their respective undersigned counsel, hereby stipulate and agree that Plaintiff's Complaint for Quiet Title and Other Equitable Remedies as against First American may be dismissed with prejudice, with each party to bear their

BADER & RYAN, LTD.
ATTORNEYS AT LAW
A PROFESSIONAL
CORPORATION
232 COURT STREET
RENO, NEVADA 89501
TEL. (775) 322-5000

1

own costs and attorney's fees.

DATED this 11th day of October, 2012.         DATED this 11th day of October, 2012.

BADER & RYAN, LTD.                            LAW OFFICE OF RICK LAWTON, P.C.

By: /s/ Todd A. Bader                         By: /s/ Rick Lawton
    Todd A. Bader, Esq.                            Rick Lawton, Esq.
    NSB 3854                                       NSB 694
    232 Court Street                               1460 Highway 95 A North, Suite 1
    Reno, Nevada 89501                             Fernley, Nevada 89408
    (775) 322-5000                                 (775) 867-5599
    Attorneys for First American                   Attorneys for Maria Vega
    National Default and First
    American Title Insurance Company,
    fka First American Title

## ORDER

IT IS SO ORDERED this 17th day of May, 2013.

_____
UNITED STATES DISTRICT JUDGE

BADER & RYAN, LTD.
ATTORNEYS AT LAW
A PROFESSIONAL
CORPORATION
232 COURT STREET
RENO, NEVADA 89501
TEL. (775) 322-5000

2